IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAIWAN BRITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:20-cv-04369-SCJ |
| L. S. HARTZOG | ) | |
| PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Counsel for Plaintiff having filed Notice [Doc. 7] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**SO ORDERED**, this  19th day of    January        , 2021.

s/Steve C. Jones
Hon. Steve C. Jones
United States District Judge